FILED

AUG 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER ANDRADE-ALVARDO,<br><br>Defendant. | CASE NO. CR F 02-5419 OWW<br>NEW CASE NO. CR F 02-5419-LJO<br><br>**ORDER TO RELATE AND REASSIGN CASE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER ANDRADE-ALVARADO,<br><br>Defendant. | CASE NO. CR F 10-309-1 LJO<br><br>**ORDER TO RELATE CASE** |

On the basis of good cause, and pursuant to Local Rule 123, this Court REASSIGNS *United States v. Francisco Javier Andrade-Alvarado*, Case No. 1:02-cr-5419 OWW from United States District Judge Oliver W. Wanger to United States District Judge Lawrence J. O'Neill. All further papers shall bear the new case number **CR-F-02-5419 LJO.**

///

///

1

1        In addition, this Court DIRECTS the clerk of court to RELATE the above captions cases, and
2 to FILE this order on the docket of both actions.

4 IT IS SO ORDERED BY TRANSFERRING JUDGE

6 Dated: August 3, 2010

                                                                          UNITED STATED DISTRICT JUDGE

8 IT IS SO ORDERED BY ACCEPTING JUDGE

9 Dated: August 3, 2010

                                                                          UNITED STATED DISTRICT JUDGE