```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  FRANCISCO JAVIER ANDRADE-ALVARADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00309 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; |
| v. | ) ) | ORDER |
| FRANCISCO JAVIER ANDRADE-ALVARADO, | ) ) ) | Date: November 18, 2010 Time: 8:30 a.m. Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for October 15, 2010, may be continued to November 18, 2010, at 8:30 a.m.**

This continuance is requested by counsel for the defendant due to her unavailability on October 15 and November 5, 2010.  The stipulated date is the next available date for both counsel.   The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 8 U.S.C. § 3161(h)(7)(A) and (B)(iv).

BENJAMIN B. WAGNER  
United States Attorney

DATED: October 7, 2010          By:   /s/  David L. Gappa
                                      DAVID L. GAPPA
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      DANIEL J. BRODERICK
                                      Federal Public Defender

DATED: October 7, 2010          By:   /s/  Francine Zepeda
                                      FRANCINE ZEPEDA
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      Francisco Javier Andrade-Alvarado


**O R D E R**

Good Cause Exists as stated in the stipulation.  Time is hereby excluded pursuant to 8 U.S.C. § 3161(h)(7)(A) and (B)(iv).




IT IS SO ORDERED.

**Dated:     October 8, 2010**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE