DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO JAVIER ANDRADE-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00309 LJO |
|---|---|---|
| Plaintiff, | ) ) | **AMENDED** STIPULATION TO CONTINUE STATUS |
| v. | ) ) | CONFERENCE HEARING DATE; ORDER |
| FRANCISCO JAVIER ANDRADE-ALVARADO, | ) ) ) | Date: November 18, 2010 Time: 8:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for October 15, 2010, may be continued to November 18, 2010, at 8:30 a.m.**

This continuance is requested by counsel for the defendant due to her unavailability on October 15th and November 5, 2010. The stipulated date is the next available date for both counsel. The requested continuance will conserve time and resources for both counsel and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 8, 2010          By:   /s/ David L. Gappa
                                      DAVID L. GAPPA
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: October 8, 2010          By:   /s/ Francine Zepeda
                                      FRANCINE ZEPEDA
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      Francisco Javier Andrade-Alvarado

## O R D E R

Time is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:     October 13, 2010**             /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE