DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, #091175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO ANDRADE-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00309 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) ) | |
| FRANCISCO ANDRADE-ALVARADO, | ) ) | Date: February 11, 2011 |
| Defendant. | ) ) | Time: 8:15 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing in the above-captioned case which is currently set for January 28, 2011 may be continued to **February 11, 2011, at 8:15 a.m.**

The reason for this request for continuance is that defense counsel has had a long-standing oral surgery appointment that she overlooked when setting sentencing. This continuance will conserve time

///
///
///
///
///

and resources for both parties and the Court.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated: January 26, 2011                    By:   /s/ *David L. Gappa*
                                                         DAVID L. GAPPA
                                                            Assistant U.S. Attorney
                                                             Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                 Federal Public Defender

Dated: January 26, 2011                    By:   /s/ *Francine Zepeda*
                                                         FRANCINE ZEPEDA
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           Francisco Andrade-Alvarado

## **O R D E R**

**Good cause exists.  The continuance is granted for health reasons.**

IT IS SO ORDERED.

**Dated:   January 26, 2011**            /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE